[No. 10235–1–III. Division Three. September 27, 1990.]

RICHARD W. MAYFIELDS, *Individually and as Personal
Representative,* ET AL, *Respondents,* v. DANIEL A.
BICKEL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–03960–5, Robert D. Austin, J.,

entered September 1, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and Shields, J.